UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: Caridad Gonzalez                                                                                                   Case # 21-15456-AJC

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION (legal issues: 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's Notice of Required Documents, prior deficiencies, and legal issues and thus objects as follows:
Trustee reserves the right to raise additional objections until all requested documents are timely provided.
                                                                                            Reviewed documents received as of _____

√ **Objection to Exemption (specifics to be filed)** to be heard with confirmation at 1:30 pm not at 9:00 am
___ Fee application needed (see court guideline 6)
√ Ch 7 is $ 7,815.00 _____ may increase as documents not provided ☐ Tax refund ☑ Valuations ☐ Other
√ Good faith payment to unsecured creditors
___ Income understated per debtor's stubs $ _____ taxes $ _____ co-debtor stubs $ _____ taxes $ _____
___ Proof of household size (government ID w/ address) and income of all adults disclosed on Sch J and CMI
___ Spouse's pay advices
___ Schedule J Expenses objectionable: ☐ Provide Proof  line _____  ☐ Line _____
         ☐ Object to Schedule J expenses but debtor(s) are over median or 100% plan filed
___ Expenses: documentation/calculation: CMI line _____

___ Plan does not pay debtor's calculation of disposable income CMI/DI _____ x 60 = $ _____
    ☐ Pending income/expenses issues ☐ Trustee believes D/I is understated (estimated D/I $ _____ )
☑ Feasibility or ☐ plan payments reduce month _____ or ☐ balloon payment
___ Plan does not conform to Applicable Commitment Period < 36 months < 60 months
___ Info on transfer SOFA _____ undisclosed _____ ☐ provide Tolling Agreement(s)
Other: ___
Amend Sch B (disclose bank account #9344)
Explanation of deposit on 5/14/15 9,716.05),
Is debtors homestead paid in full?
IRP remured 100% language - Trustee objects to maintenance of slings to
the detriment of unsecured creditors and no good faith payment to unsecured
creditors.

                                                                                            ☐ Plan includes 100% Language

On or before 5 pm on **AUG 13 2021**, all documents/explanations with documented back up must be received/filed to avoid dismissal. If documents are not timely filed/received by the trustee, the trustee may seek dismissal of this case. ***IMPORTANT NOTICE:*** *The debtor or debtor's attorney must appear at the confirmation hearing even if they agree to the recommendation.* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. ***Attorneys must upload all documents to Trustee through 13Documents.com.***

***THE PRO SE DEBTOR OR DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM ONE BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO RESOLVE ALL OUTSTANDING ISSUES.***
         I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027

RE: Caridad Gonzalez                                                                                          Case # 21-15456  AJC

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows: Reviewed documents received prior to: 7/16/21

Tax returns:                                            Corporate Tax Returns:

Photo ID/SS card - Legible/Unredacted        LF 90            ✓ LF 67        LF 10

Plan does not fund properly

Calculation errors      Missing months/amounts      Inconsistent terms      Plan form completed incorrectly

Attorney fee itemization or Fee Application needed (see court guideline 6)

  Missing 2016(B)                                                Missing signed copy of the Attorney's Declaration

X  Other provisions:  X  IVL              100%      Lawsuit      Gambling      MMM

Reaffirm, redeem or surrender Sch D or G creditor:

MMM Motion not filed      Valuation motion not filed                Lien Avoidance Motion not filed

Priority debt on Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

Creditor paid through the Plan has not filed a POC:

X  Object or Conform to Proof of Claim:      Miami-Dade County        Tax Certificate (DE#   )        Dept of Revenue
     IRS      CL #1-Slingshot (overpaid)

✓ OTHER PLAN ISSUES: ~~Use plan form LF31 (6/4/21), Include case no., Complete section I~~

                        Slingshot & TLGFY "Arrearage/Payoff on Petition Date" & plan math don't match


Real Estate FMV and Payoff:

Non-Homestead Information Sheet:

Vehicles FMV (NADA/Carmax), Reg and Payoff:

Other:                                                            (6/1-6/2)

✓ Bank Account Statements        3 months pre-petition #6491 ~~(3/2-6/2/21)~~


Copy of check(s) and/or explanation:

Explanation of withdrawal(s):

401K/Retirement/Pension                    Annuity                    Life Insurance Policy

Domestic Support Obligation form complete with info: name, address and phone

Wage deduction order or Motion to waive

BDQ & attachments                  Profit/loss        Balance Sheet

Business Bank statements and checks        3 months pre-petition


Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was   served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*