UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

■ 3rd _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Caridad Gonzalez    JOINT DEBTOR: _____    CASE NO.: 21-15456-

SS#: xxx-xx- 0210    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $513.40 _____ for months 1 to 5 ;
2. $739.56 _____ for months 6 to 60 ;
3. $0.00 _____ for months ___ to ___ ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE   ☐ PRO BONO

| Total Fees: | $3,500.00 | Total Paid: | $3,500.00 | Balance Due: | $0.00 |
|---|---|---|---|---|---|
| Payable | $0.00 | /month (Months ___ to ___ ) | | | |

Allowed fees under LR 2016-I(B)(2) are itemized below:
$3500 Chapter 13 Case

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS  ☐ NONE

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: SLINGSHOT FUNDING, LLC

   Address: PO BOX 645040
   CINCINNATI, OH 45264

   Arrearage/ Payoff on Petition Date    15,033.67
   Payoff (Including 18% monthly interest)    $381.76    /month (Months 1 to 60 )

   Last 4 Digits of Account No.: 5035

   Other:

Debtor(s): Caridad Gonzalez          Case number: 21-15456-

■ Real Property                                Check one below for Real Property:
  ■ Principal Residence                          ■ Escrow is included in the regular payments
  ☐ Other Real Property                          ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
890 Westward Dr
Miami, FL 33166

☐ Personal Property/Vehicle

Description of Collateral:

2. Creditor: TLGFY, LLC
   Address: PO BOX 54347
            New Orleans, LA 70154
   Arrearage/ Payoff on Petition Date    $4,439.98
   Payoff (Including 0.25% monthly interest    $74.47    /month (Months  1  to  60  )

   Last 4 Digits of
   Account No.:    3920
   Other:

■ Real Property                                Check one below for Real Property:
  ■ Principal Residence                          ■ Escrow is included in the regular payments
  ☐ Other Real Property                          ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
890 Westward Dr
Miami, FL 33166

☐ Personal Property/Vehicle

Description of Collateral:

    B. **VALUATION OF COLLATERAL:**  ■ NONE

    C. **LIEN AVOIDANCE**  ■ NONE

    D. **SURRENDER OF COLLATERAL:**  ■ NONE

    E. **DIRECT PAYMENTS**  ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

    A. Pay  $209.38  /month (Months  6  to  60  )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:**  ■ NONE

VI. **STUDENT LOAN PROGRAM**  ■ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ■ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**  ☐ NONE

    ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

IX. **NON-STANDARD PLAN PROVISIONS**  ■ NONE

Debtor(s): Caridad Gonzalez          Case number: 21-15456-

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

s/ Caridad Gonzalez          Debtor   10/7/2021                                                          Joint Debtor
Caridad Gonzalez                          Date                                                                                     Date

Ricardo Corona                    10/7/2021
Attorney with permission to sign on      Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**